**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2074**

D. SIDNEY POTTER,

              Plaintiff - Appellant,

        v.

SUNTRUST BANK; RANDSTAD US, L.P.,

              Defendants – Appellees,

        and

WILLIAM ROGERS; LINDA GALIPEAU; CHRISTINE MILES; REGINALD FORD; MARGARET SLAUGHTER; CHARMAINE SURGEON; JULIE HARDY,

              Defendants.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, Senior District Judge.  (3:14-cv-00436-JRS)

Submitted:  November 17, 2015          Decided:  November 19, 2015

Before SHEDD, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

D. Sidney Potter, Appellant Pro Se.  Nancy S. Lester, James Clay Rollins, OGLETREE DEAKINS NASH SMOAK & STEWART, PC, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

D. Sidney Potter appeals the district court's order dismissing this case under Fed. R. Civ. P. 37(b)(2)(A)(v), 47(b) for failure to prosecute. On appeal, we confine our review to the issues raised in the Appellant's brief. <u>See</u> 4th Cir. R. 34(b). Because Potter's informal brief does not challenge the basis for the district court's disposition, Potter has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>